| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) SCHALL, ALVIN A | 2. Court or Organization U.S. Court of Appeals/Fed.Cir. | 3. Date of Report 5/11/2005 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Circuit Judge (Active) | 5. Report Type (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |

| 7. Chambers or Office Address Suite 907 717 Madison Place, N.W. Washington, DC 20439 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee (one of two) | Trust #1 |
| 2. | Trustee (one of two) | Trust #2 |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

FINANCIAL DISCLOSURE OFFICE 2005 MAY 13 P 12 36 RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| SCHALL, ALVIN A | 5/11/2005 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse, see pp. 17-24 of filing instructions)

A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS - transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | New York Intellectual Property Law Association | March 26-27—New York, NY—Annual Dinner in Honor of the Federal Judiciary (Transportation, Meals, and Lodging) |
| 2. | Federal Circuit Bar Association | June 23-25—Colorado Springs, CO—Annual Meeting of the Federal Circuit Bar Association (Transportation, Meals, and Lodging) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Sun Trust Bank | Loan-Secured by mortgage on real property owned by reporting person and | L |

| Name of Person Reporting | Date of Report |
|---|---|
| SCHALL, ALVIN A | 5/11/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| □ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Abbott Laboratories, Inc. | A | Dividend | K | T | | | | | |
| 2. Altria Group, Inc. | C | Dividend | L | T | | | | | |
| 3. Anheuser-Busch Cos., Inc. | C | Dividend | M | T | | | | | |
| 4. Boeing Co. | A | Dividend | K | T | | | | | |
| 5. Exxon Mobil Corp | C | Dividend | M | T | | | | | |
| 6. Freescale Semiconductors | | None | J | T | Spinoff from Motorola | 12/03 | J | | |
| 7. General Electric Co. | C | Dividend | M | T | | | | | |
| 8. General Mills, Inc. | A | Dividend | K | T | | | | | |
| 9. Home Depot | A | Dividend | L | T | | | | | |
| 10. Hospira, Inc. | | None | J | T | Spinoff from Abbott Labs | 04/30 | J | | |
| 11. Intel Corp. | A | Dividend | M | T | | | | | |
| 12. J.P. Morgan Chase & Co. | C | Dividend | M | T | | | | | |
| 13. MBIA, Inc. | A | Dividend | K | T | | | | | |
| 14. Minnesota Mining & Mfg. Co. | B | Dividend | L | T | | | | | |
| 15. Motorola, Inc. | A | Dividend | K | T | | | | | |
| 16. Pepsico, Inc. | B | Dividend | L | T | | | | | |
| 17. R.R. Donnelly & Co. | B | Dividend | K | T | | | | | |
| 18. Scudder Development Fund | A | Dividend | L | T | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)
A = $1,000 or less
B = $1,001-$2,500
C = $2,501-$5,000
D = $5,001-$15,000
E = $15,001-$50,000
F = $50,001-$100,000
G = $100,001-$1,000,000
H1 = $1,000,001-$5,000,000
H2 = More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J = $15,000 or less
K = $15,001-$50,000
L = $50,001-$100,000
M = $100,001-$250,000
N = $250,000-$500,000
O = $500,001-$1,000,000
P1 = $1,000,001-$5,000,000
P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000
P4 = More than $50,000,000

3. Value Method Codes (See Column C2)
Q = Appraisal
R = Cost (Real Estate Only)
S = Assessment
T = Cash/Market
U = Book Value
V = Other
W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SCHALL, ALVIN A | 5/11/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date. Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Scudder New Asia Fund | A | Dividend | K | T | | | | | |
| 20. Walt Disney Co. | A | Dividend | L | T | | | | | |
| 21. Yum Brands, Inc. | A | Dividend | K | T | | | | | |
| 22. Maryland State Health Education Facilities Bond, due 07/8/09 | B | Interest | K | T | | | | | |
| 23. 5.625% U.S. Treasury Notes, due 05/15/08 | B | Interest | K | T | | | | | |
| 24. Scudder Cash Investment Trust | A | Interest | L | T | | | | | |
| 25. Scudder Cash Investment Trust ▓ | A | Interest | K | T | | | | | |
| 26. Great Horn Mining Syndicate | | None | J | U | | | | | |
| 27. Edgartown Water Co. | | None | J | U | | | | | |
| 28. Mainbocher, Inc. | | None | J | U | | | | | |
| 29. TRUST #3:* | | | | | | | | | |
| 30. Deutsche Bank Trust Co. Capital Growth Fund | B | Dividend | | | Sold | 11/15 | M | Loss | |
| 31. Deutsche Bank Trust Co. Special Opportunity Fund | A | Dividend | L | T | Partial Sale | 01/30 | J | Loss | |
| 32. Deutsche Bank Trust Co. Tax-Free Income Fund | C | Dividend | L | T | | | | | |
| 33. Deutsche Bank Trust Co. International Fund | A | Dividend | J | T | | | | | |
| 34. Deutsche Bank Trust Co. Capital Income Fund | A | Dividend | L | T | Buy | 11/15 | L | | |
| 35. Deutsche Bank Trust Co. Money Market Deposit Account | A | Interest | J | T | | | | | |
| 36. TRUST #1: | | | | | | | | | |

*I share the income from this trust with ▓▓▓▓

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $150,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SCHALL, ALVIN A | 5/11/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month –<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code<br>1 (A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 37. American Express Co. | A | Dividend | K | T | | | | | |
| 38. BP PLC | B | Dividend | L | T | | | | | |
| 39. Kimberly Clark Corp. | B | Dividend | L | T | | | | | |
| 40. Neenah Paper, Inc. | | None | J | T | Spinoff from Kimberly Clark | 11/19 | J | | |
| 41. Raytheon Co. | A | Dividend | K | T | | | | | |
| 42. R.R. Donnelly & Co. | A | Dividend | K | T | | | | | |
| 43. Wyeth Co. | A | Dividend | K | T | | | | | |
| 44. Deutsche Bank Trust Co. Capital Growth Fund | C | Dividend | N | T | | | | | |
| 45. Deutsche Bank Trust Co. Special Opportunity Fund | A | Dividend | K | T | | | | | |
| 46. Deutsche Bank Trust Co. Tax-Free Income Fund | D | Dividend | M | T | | | | | |
| 47. Deutsche Bank Trust Co. International Fund | A | Dividend | J | T | | | | | |
| 48. Deutsche Bank Trust Co. Money Market Deposit Account | A | Interest | J | T | | | | | |
| 49. TRUST #4: | | | | | | | | | |
| 50. Deutsche Bank Trust Co. Capital Growth Fund | B | Dividend | | | Sold | 11/15 | M | Loss | |
| 51. Deutsche Bank Trust Co. Special Opportunity Fund | A | Dividend | K | T | | | | | |
| 52. Deutsche Bank Trust Co. Tax-Free Income Fund | C | Dividend | L | T | | | | | |
| 53. Deutsche Bank Trust Co. International Fund | A | Dividend | K | T | | | | | |
| 54. Deutsche Bank Trust Co. Capital Income Fund | A | Dividend | M | T | Buy | 11/15 | L | | |

| 1. Income/Gain Codes:<br>(See Columns B1 and D4) | A = $1,000 or less<br>F = $50,001-$100,000 | B = $1,001-$2,500<br>G = $100,001-$1,000,000 | C = $2,501-$5,000<br>H1 = $1,000,001-$5,000,000 | D = $6,001-$15,000<br>H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes:<br>(See Columns C1 and D3) | J = $15,000 or less<br>N = $250,000-$500,000<br>P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000<br>O = $500,001-$1,000,000 | L = $50,001-$100,000<br>P1 = $1,000,001-$5,000,000<br>P4 = More Over $50,000,000 | M = $100,001-$250,000<br>P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q = Appraisal<br>U = Book Value | R = Cost (Real Estate Only)<br>V = Other | S = Assessment<br>W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| SCHALL, ALVIN A | 5/11/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Deutsche Bank Trust Co. Money Market Deposit Account | A | Interest | J | T | | | | | |
| 56. TRUST #2. | | | | | | | | | |
| 57. American Express Co. | A | Dividend | L | T | | | | | |
| 58. BP PLC | B | Dividend | L | T | | | | | |
| 59. General Electric Co. | B | Dividend | L | T | | | | | |
| 60. Merck & Co., Inc. | B | Dividend | K | T | | | | | |
| 61. Medco Health Solutions, Inc. | A | Dividend | J | T | | | | | |
| 62. Procter & Gamble Co. | A | Dividend | L | T | | | | | |
| 63. J.M. Smuckers Co. | A | Dividend | | | Sold | 02/11 | J | A | |
| 64. Deutsche Bank Trust Co. International Fund | B | Dividend | M | T | | | | | |
| 65. Deutsche Bank Trust Co. Maximum Income Fund | E | Interest | N | T | Partial Sale | 10/29 | J | A | |
| 66. Deutsche Bank Trust Co. Money Market Deposit Account | A | Interest | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII  ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

ADDITIONAL INFORMATION WITH RESPECT TO PART VII OF THIS REPORT:

1. Items 1-17, 20-21, 26-28, 37-43, and 57-63 are common stock holdings.

2. Items 18 and 19 are mutual funds.

3. Items 35, 48, 55, and 66 are in the nature of money market accounts.

4. Item 22 is a state bond.

5. Item 23 is a United States Treasury Note.

6. Items 24 and 25 are Individual Retirement Accounts in the form of money market accounts.

7. Items 30, 31, 33, 34, 44, 45, 47, 50, 51, 53, 54, and 64 are commingled common stock trust funds managed by Deutsche Bank Trust Co.

8. Items 32, 46, and 52 are commingled tax-free securities trust funds managed by Deutsche Bank Trust Co.

9. Item 65 is a commingled securities trust fund managed by Deutsche Bank Trust Co.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date _May 11, 2005_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544